JANIS TIRZITIS, Respondent, v. MILDRED B. KINNEY, Appellant.—

Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

## (April 19, 1971)

ROBERT A. CARLSON, an Infant, by His Parent and Natural Guardian, ROBERT R. CARLSON, et al., Respondents, v. LOUIS C. ZELIZER et al., Appellants, et al., Defendant.—

Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.